IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs | ) | Case No. 3:19CR062 |
| | ) | |
| | ) | |
| IRMA ESTELLA CALDERON ALRED | | |

ORDER TERMINATING SUPERVISED RELEASE

On October 30, 2015, the above named commenced a ten-year term of supervised release following her term of imprisonment. Based on the recommendation of the U.S. Probation Department, no objections from the Government, and for good cause shown, it is hereby ordered Irma Estella Calderon Alred is discharged from supervised release and the proceedings in this case be terminated.

**IT IS SO ORDERED.**

Dated this 27th day of August, 2019

Walter H. Rice
United States District Judge